UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JACK B. SCHMETTERER**  Hearing Date  **MAY 15, 2009**

**Bankruptcy Case No.**  08 B 30512  Adversary No.

**Title of Case** XECHEM, INC and XECHEM INTERNATIONAL, INC

**Brief Statement of Motion**  Sale Hearing

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the sale hearing is concluded, no offer having been received.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge