UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | * | Case No. 08-30512 |
| XECHEM, INC. | * | Chapter 7 |
| Tax ID No. xx-xxx6864 | * | Hon. Jack B. Schmetterer |
| Debtor | * | |
| * * * * * * | * | |
| In re | * | Case No. 08-30513 |
| XECHEM INTERNATIONAL, INC. | * | Chapter 7 |
| Tax ID No. xx-xxx4803 | * | Hon. Jack B. Schmetterer |
| Debtor | * | |
| * * * * * * | * | |

CERTIFICATE OF SERVICE

I, Douglas S. Draper, do hereby certify that on the 9th day of September 2011, a copy of the *Order Granting First and Final Application for Compensation for the Period of November 1, 2008 Through April 30, 2011 for Heller, Draper, Hayden, Patrick & Horn, L.L.C.* was served upon the following parties listed on the ECF Notification Matrix through this Court's ECF Notification System:

Kara J Bruce on behalf of Debtor Xechem Inc kbruce@lockelord.com, docket@lockelord.com

Sonia U Chae on behalf of Creditor United States Securities and Exchange Commission chaes@sec.gov

Douglas S Draper on behalf of Debtor Xechem Inc ddraper@hellerdraper.com, lcollins@hellerdraper.com;mdolan@hellerdraper.com

William J Factor on behalf of Interested Party Ramesh Pandey wfactor@wfactorlaw.com, wfactorlaw@gmail.com;nb@wfactorlaw.com

Jeffrey L. Gansberg on behalf of Trustee Norman Newman jgansberg@muchshelist.com, nsulak@muchshelist.com

B Lane Hasler on behalf of Stockholder LaMonte Forthun lanehasler@blhpc.com

Steve Jakubowski on behalf of Interested Party  AesRx, LLC sjakubowski@colemanlawfirm.com

Patrick S Layng STPRegion11.ES.ECF@usdoj.gov

Edward J. Lesniak on behalf of Creditor  Alembic, Limited elesniak@burkelaw.com

Sara E Lorber on behalf of Attorney  The Law Office of William J. Factor, Ltd. slorber@wfactorlaw.com, nb@wfactorlaw.com

Monika J. Machen on behalf of Creditor Committee  Official Committee of Unsecured Creditors of Xechem, Inc. et al. mmachen@polsinelli.com

Colleen E McManus on behalf of Trustee Norman Newman cmcmanus@carlsondash.com

Norman B Newman nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com

Robert E Richards on behalf of Creditor Committee  Official Committee of Unsecured Creditors of Xechem, Inc. et al. robert.richards@snrdenton.com, NDIL_ECF@snrdenton.com

Elizabeth E Richert on behalf of Interested Party  AesRx, LLC erichert@colemanlawfirm.com, dmueller@colemanlawfirm.com

Travis  Rojakovick on behalf of Debtor  Xechem Inc trojakovick@lockelord.com

Christopher R Thompson on behalf of Respondent Dr. Ramesh Pandey cthompson@mwe.com

Derek  Usman on behalf of Creditor  American Plastics Technology derek@dusmanlaw.com

Elliot  Wiczer on behalf of Creditor Shekhar Basu ewiczer@wiczerzelmar.com

/s/ Douglas S. Draper_____
Douglas S. Draper, (La. Bar No. 5073)
Counsel for Chapter 11 Debtors
**Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Tel.:  504 299-3300
Fax:  504 299-3399