UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| XECHEM, INC., *et al.*, | ) | Case No. 08-30512 (Jointly Administered) |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF LOCKE LORD BISSELL & LIDDELL LLP, CO-COUNSEL FOR XECHEM, INC., ET AL., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED**

Upon consideration of the Final Application of Locke Lord Bissell & Liddell LLP, Co-Counsel for Xechem, Inc., et al., For Allowance of Compensation and Reimbursement of Expenses for Services Rendered (the "Final Application"); due and proper notice of the Final Application having been provided; it appearing that there is good cause to grant the relief requested; it is therefore ORDERED:

1. The Final Application is granted.

2. LLBL[1] is allowed $86,021.00 in final compensation for the Compensation Period

3. LLBL is allowed $1,678.36 in final expense reimbursement for the Compensation Period.

4. The appointed Chapter 7 Trustee is granted the authority to pay said allowed compensation to LLBL, and the appointed Chapter 7 Trustee shall pay allowed chapter 11 administrative expenses pro rata after a chapter 11 administrative bar date has passed and pending chapter 11 claims have been determined, if there are remaining proceeds after the payment of allowed chapter 7 expenses.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

5. The compensation approved herein and awarded by this Court is final.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November __18__, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

NOV 18 2011