**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 27 2011

KENNETH S. GARDNER, CLERK
PS REP. - LR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Bk No. 08-30512 |
| XECHEM, INC. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: January 3, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

MOTION TO EXTEND THE TIME TO REPLY TO MR. RICHARDS ANSWER TO SWIFT'S OBJECTION TO FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED

Now comes Robert Swift ("Swift") to request additional time to reply to Mr. Richards answer to Swifts' objection to FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED. In support thereof, Swift states as follows:

On the morning of December 15, 2011 Swift's computer hard drive "crashed" (Exhibit 1). There are documents on the hard drive that are needed to form a reply to Mr. Richards answer, received on December 14, 2012. Swift requests a four week extension to submit a reply to Mr. Richards.

Respectfully submitted,

*/s/ Robert Swift/*

ROBERT SWIFT, Unsecured Creditor
By: /s/ ROBERT SWIFT

Enter:

Honorable Jack B. Schmetterer

**Dated:** December 19, 2011

United States Bankruptcy Judge

**Prepared by:**

ROBERT SWIFT
7982 Bayside Drive
Fort Collins, CO 80528

1

## CERTIFICATE OF SERVICE

    I, Robert, Swift, hereby certify that I served copies of the foregoing Motion, upon Mr. Richards by email and depositing same in the U.S. Mail on December 19, 2011.

*Robert Swift*
_____
Robert Swift

# Edge Computer Repair

1720 W Mulberry Suite B10
Fort Collins, CO 80521
970-568-8478

| Date | Invoice # |
|---|---|
| 12/16/2011 | **3514** |

Robert Swift
7982 Bayside Dr.
Fort Collins, CO 80528

2277289

| Manufacturer | Model | Serial # |
|---|---|---|
| IBM | Lenovo T61P | |

| Quantity | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | PROBLEM | Recover data from hard drive. | 0.00 | 0.00 |
| 0.5 | LABOR | 1. Hard drive is momentarily recognized by shop PC then disconnects.<br>2. Swapped controller boards and ROM chip with customer-provided hard drive and same symptoms.<br>3. Possible firmware or mechanical problem--will need forensic recovery--this type of recovery averages $200-400.<br>4. SMART Data Recovery; Shawn Knopp; 970-412-3168 | 75.00 | 37.50 |

| | |
|---|---|
| Subtotal | $37.50 |
| Sales Tax  0.0% | $0.00 |
| **Total** | **$37.50** |

**"Like" Us on Facebook for a chance to win a
free system optimization and RAM upgrade!**

To find us type "Edge Computer Repair" in the search box at the top of your Facebook page.
One customer per month will be chosen randomly.

Pay online at:: https://ipn.intuit.com/823mwchs