# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| | § |
| XECHEM, INC., et al., | § Case No.:   08-30512   (JBS) |
| | § (Jointly Administered) |
| Debtors. | § |
| | § Hearing Date: January 3, 2012 |
| | § Hearing Time: 10:30 a.m. |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the first and final application of SNR Denton US LLP ("SNR Denton"), former counsel for the former Official Committee of Unsecured Creditors in the above-captioned cases, for allowance of a Chapter 11 administrative claim for compensation and reimbursement of expenses during the case (the "Application"); and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that this Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334; and it appearing that this Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these Chapter 11 cases and this Application is proper in this District pursuant to § 28 U.S.C. §§ 1408 and 1409; and it appearing that the compensation and expenses incurred are reasonable and necessary; after due deliberation and sufficient good cause appearing therefor; it is hereby:

ORDERED; that the Application is hereby APPROVED in the amount of $362,925.00 of fees and $8,270.10 of expenses on a final basis; and it is further

ORDERED, that the objection of Dr. Robert Swift to the Application is overruled for the reasons stated on the record; and it is further

ORDERED; that the Chapter 7 Trustee for these bankruptcy estates is authorized to pay SNR Denton is *pro rata* share along with other allowed Chapter 11 administrative expenses after payment of all allowed Chapter 7 administrative expenses; and it is further

ORDERED, that the Court shall retain jurisdiction to construe and enforce this Order.

Dated: 1/3/12

United States Bankruptcy Judge

JAN 03 2012

Xechem, Inc. (08 B 30512) (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on January 3, 2012, I caused to be mailed by United States first class mail copies of the foregoing Order to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Secretary/Deputy Clerk

## XECHEM, INC. (08 B 30512)
## XECHEM INTERNATIONAL, INC. (08 B 30513)

### Electronic Service through CM/ECF System

Deborah W Fallis
Douglas S Draper
Heller, Draper, Hayden, Patrick, etal
650 Poydras Street
Suite 2500
New Orleans, LA 70130
Counsel for Debtors, Xechem, Inc. and
  Xechem International, Inc.

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Robert G Cohen
Toxikon Corporation
188 Oaks Road
Framingham, MA 01702
Counsel for Toxikon Corporation

Nancy L Manzer
WilmerHale
1875 Pennsylvania Ave NW
Washington DC 20006
Counsel AesRx, LLC

Edward J. Lesniak
Burke, Warren, Mackay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
Counsel Alembic, Limited

Robert E. Richards
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Jeffrey L. Gansberg
Norman B Newman
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601
Counsel for Trustee

B. Lane Hasler, P.C.

Aaron C. Smith
Kara J. Bruce
Travis Rojakovick
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago, IL 60606
Counsel for Debtor, Xechem, Inc. and
  Xechem International, Inc.

Sonia U. Chae
Securities and Exchange Commission
175 West Jackson Street
Suite 900
Chicago, IL 60604
Counsel for United States Securities and
  Exchange Commission

Steve Jakubowski
Elizabeth F. Richert
Coleman Law Firm
77 West Wacker Dr
Suite 4800
Chicago, IL 60601
Counsel for AesRx, LLC

Elizabeth E Richert
Coleman Law Firm
77 West Wacker Drive, Suite 4800
Chicago, IL 60602
Counsel for AesRx, LLC

Monika J. Machen
Polsinelli Shughart
161 North Clark Street, #4200
Chicago, IL 60601
Counsel Official Committee of Unsecured
  Creditors of Xechem, Inc., et al.

Colleen E McManus
Carlson Dash, LLC
216 S. Jefferson
Suite 504
Chicago, IL 60661
Counsel for Norman B. Newman

Christopher R Thompson
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606
Counsel for Dr. Ramesh Pandey

Attorney-at-Law
1530 South State Street, Suite 17A
Chicago, IL 60605
Counsel for Lamonte Forthun and
  Plan Shareholders

Elliot Wiczer
Wiczer & Zelmar, LLC
500 Skokie Blvd Ste 350
Northbrook, IL 60062
Counsel for Shekhar Basu

Derek Usman
PO box 1057
Chicago, IL 60690
Counsel for American Plastics Technology

**VIA REGULAR MAIL DELIVERY**
Robert Swift
7982 Bayside Drive
Fort Collins, CO 80528