# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Xechem Inc           )
                                )
                                )   **Bankruptcy No.** 08 B 30512
                                )
**Debtor(s)**                   )
                                )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on   October 25, 2012 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Norman B. Newman is          ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: September 11, 2012

In re: Xechem Inc
Bankruptcy No. 08 B 30512

# CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

## Electronic Service through CM/ECF System

**represented by Kara J Bruce**
Locke Lord Bissell & Liddell
111 S Wacker Drive
Chicago, IL 60606

*Trustee*

**Norman B Newman**
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601

**U.S. Trustee**

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## Served through First Clasee Mail

*Debtor*
**Xechem Inc**
379 Thornall St 12 Floor
Edison, NJ 08818-2911